```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN

PIRATE BAY CHARTERS, LLC,         )
                                  )
            Plaintiff,            )
                                  )
      v.                          )    Civil No. 2015-25
                                  )
SCOTT VACHON, RYAN VACHON, MARK   )
BOSTROM, HEATHER RICHARDS, JULIE  )
COX, JAMIE ANDERSON,              )
                                  )
            Defendants.           )
```

APPEARANCES:

**Ryan C. Meade**
Quintairos, Prieto, Wood, & Boyer, P.A.
Miami, FL
    *For Pirate Bay Charters, LLC,*

**Michael L. Sheesley**
MLSPC
St. Thomas, U.S.V.I.
    *For Scott Vachon.*

<u>**ORDER**</u>

**GÓMEZ, J.**

Before the Court is the motion of Pirate Bay Charters, LLC, ("Pirate Bay") to dismiss (1) Pirate Bay's claims against Scott Vachon, Ryan Vachon, Julie Cox, and Jamie Anderson; and (2) Scott Vachon's counterclaims against Pirate Bay.

On March 24, 2015, Pirate Bay filed a complaint against Scott Vachon. Pirate Bay alleged that Scott Vachon had chartered a vessel from Pirate Bay and negligently damaged the vessel. On August 16, 2015, Scott Vachon answered the complaint and filed a counterclaim against Pirate Bay. On December 1, 2015, Pirate Bay filed an amended complaint against Scott Vachon, Ryan Vachon, Mark Bostrum, Heather Richards, Julie Cox, and Jamie Anderson.

On April 4, 2016, Pirate Bay filed a "Notice of Settlement Agreement." ECF No. 74. The notice of settlement indicated that Pirate Bay, Scott Vachon, Ryan Vachon, Julie Cox, and Jamie Anderson had "reached a settlement agreement in the [this] matter with respect to the pending claims and counterclaims." ECF No. 74. On August 1, 2016, Pirate Bay filed a document captioned "Stipulation for Dismissal with Prejudice." ECF No. 92. The stipulation indicated that Pirate Bay and Scott Vachon "herby stipulate that Defendant Scott Vachon can be dismissed with prejudice with each side to bear their own fees and costs, as this matter has been amicably resolved." *Id*. The stipulation is signed by Scott Vachon.

The premises considered, it is hereby

**ORDERED** that the motion to dismiss docketed at ECF Number 86 is **GRANTED**; it is further

*Pirate Bay Charters, LLC v. Scott Vachon, et al.*
Civ. No. 2015-25
Order
Page 3

    **ORDERED** that Pirate Bay's claims against Scott Vachon, Ryan Vachon, Julie Cox, and Jamie Anderson are **DISMISSED**; and it is further

    **ORDERED** that Scott Vachon's counterclaims against Pirate Bay are **DISMISSED.**


                                                  S\_____
                                                   **Curtis V. Gómez**
                                                   **District Judge**